

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 31, 2025

**MEMO ENDORSED**

**Via ECF**
Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *Benjamin McDuffie v. United States of America*, 24 Civ. 5070 (JGLC) (VR)

Dear Judge Reznik:

      This Office represents the United States of America (the "Government") in this action brought by plaintiff Benjamin McDuffie ("Plaintiff") under the Federal Tort Claims Act ("FTCA"). I write respectfully to request a continuance of the initial pretrial conference currently scheduled for August 27, 2025 at 10:30am to any of the following days that are available for all of the parties: September 2, 3, 9, 12, or thereafter that is convenient for the Court. The reason for this request is that both counsel for the Government and Plaintiff's counsel have a scheduled pre-motion conference on August 27, 2025 at 10:15am in the case Tindall v. United States (24 Civ. 9831). This is the parties' second request for a continuance of this conference date. All parties consent to the request.

      I thank the Court for its consideration of this request.

                                    Respectfully submitted,

                                    JAY CLAYTON
                                    United States Attorney for the
                                    Southern District of New York

The adjournment requested is **GRANTED.** The date of the conference is September 2, 2025 at 10:30 am.

APPLICATION GRANTED
Hon. Victoria Reznik, U.S.M.J.

Dated: July 31, 2025

                    By:    */s/ Rachel Kroll*
                            RACHEL KROLL
                            Assistant United States Attorney
                            86 Chambers Street, Third Floor
                            New York, New York 10007
                            Tel.: (212) 637-2765
                            E-mail: rachel.kroll@usdoj.gov
                            *Attorney for Defendant United States of America*

  cc: Plaintiff's counsel (via ECF)
      Co-defendant's counsel (via ECF)