UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Furtherance of the

Stay of Certain Civil Cases

Pending the Restoration of

Department of Justice Funding
_____

ORDER

WHEREAS, the court having issued the attached Standing Order (1:25-mc-00433-LTS) relating to the stay of certain civil cases, and the tolling of certain deadlines in those cases, involving the United States Attorney's Office for the Southern District of New York,

It is hereby noted that the cases assigned to the undersigned that are listed below are subject to the terms of the Standing Order. The Clerk of Court is respectfully directed to enter a copy of this Notice in each listed case.

24-cv-05354-CS-VR – *E.C. v. New York Presbyterian Hudson Valley Hospital et al.*

24-cv-05070-JGLC-VR – *McDuffie v. United States*

24-cv-06068-NSR-VR – *Bonilla v. Arteta et al.*

24-cv-09435-CS-VR – *Dejesus v. Commissioner of Social Security*

25-cv-01365-VR – *Vargas v. Commissioner of Social Security*

25-cv-02661-KMK-VR – *Malik-Scott v. Commissioner of Social Security*

25-cv-04159-VR – *Ortiz v. Commissioner of Social Security*

25-cv-04840-CS-VR – *Hansen v. Bisignano*

25-cv-06293-VR – *Bonilla v. Commissioner of Social Security*

25-cv-07421-KMK-VR – *Johnston v. Commissioner of Social Security*

25-cv-07521-VR – *Salas Jr. v. Commissioner of Social Security*

24-cv-07980-JGLC-VR – *McCall v. Commissioner of Social Security*

SO ORDERED.

Dated:   10/16/2025
        New York, New York

_____
United States District / Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                           :
In re: Stay of Certain Civil Cases Pending the    :        AMENDED
                                                           STANDING ORDER
Restoration of Department of Justice Funding      :        M10-468
                                                           25-mc-00433-LTS
                                           :
------------------------------------------x

Upon the application of the United States Attorney for the Southern District of New York, in light of the lapse of funding to the United States Department of Justice, and to facilitate the management of the Court's docket, it is hereby ordered as follows:

1. Absent other direction or order from the Court, all civil cases (other than civil forfeiture cases and immigration cases, whether affirmative or defensive) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, and/or its employees are hereby stayed until the business date after the President signs into law a budget appropriation that restores Department of Justice funding.

2. Absent other direction or order from the Court, all court deadlines, including scheduling order deadlines and seal deadlines in qui tam cases, in all civil cases (other than civil forfeiture cases and immigration cases, whether affirmative or defensive) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, and/or its employees are hereby tolled during the duration of the government shutdown and extended thereafter for a period of time equal to the number of calendar days between September 30, 2025, and the date the President signs into law a budget appropriation that restores Department of Justice funding.

3. Any party seeking relief from this Order in any particular civil action or civil miscellaneous matter, shall, in addition to serving the government attorney of record, serve the Civil Division of the United States Attorney's Office for the Southern District of New York by electronic mail addressed to jeffrey.oestericher@usdoj.gov with the papers seeking such relief.

4. This Order shall not extend the United States' deadlines to respond to motions for temporary restraining orders or preliminary injunctions, but any such motions seeking relief against the United States shall be served promptly on the Civil Division of the United States Attorney's Office for the Southern District of New York by electronic mail addressed to jeffrey.oestericher@usdoj.gov.

5. The United States Attorney's Office shall notify the Court immediately upon the restoration of Department of Justice funding.

6. This Order amends and supersedes the Order relating to the stay of civil cases involving the United States Attorney's Office for the Southern District of New York that was entered on October 1, 2025.

SO ORDERED.

                                                                Laura Taylor Swain
                                                                Chief Judge

Dated:   New York, New York
           October 2, 2025