UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Benjamin McDuffie,

                           Plaintiff,                  24-cv-05070-JGLC-VR

          -against-                              **ORDER**

United States of America, et al.,

                           Defendants.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

On October 8, 2025, in accordance with a standing order issued by Chief Judge Swain (amended on October 2, 2025), this Court issued an order staying all deadlines in this action, due to a lapse of funding to the United States Department of Justice. (ECF No. 43).

As of November 12, 2025, the funding was restored. Accordingly, the stay is hereby lifted. The deadline for the parties to submit a joint status letter, providing an update on the status of discovery, (ECF No. 42), is extended to December 15, 2025.

      **SO ORDERED.**

DATED:    White Plains, New York
                11/18/2025

                                                          _____
                                                           VICTORIA REZNIK
                                                           United States Magistrate Judge