UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN MCDUFFIE,

                Plaintiff,

      v.

UNITED STATES OF AMERICA and SEVEN CORNERS, INC.,

             Defendants.

No. 24 Civ. 5070 (JGLC) (VR)

**ORDER AUTHORIZING THE DEPOSITION OF AN INCARCERATED INDIVIDUAL**

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant United States Attorney may take the deposition of plaintiff BENJAMIN MCDUFFIE (Reg. No. 80309-509), either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any correctional facility, upon notice to the plaintiff and the Superintendent of the correctional facility where he is then located.

Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Federal Rule of Civil Procedure 37(d), which may include an order dismissing this action.

Dated: <u>April 2, 2026</u>

SO ORDERED.

_____
HON. VICTORIA REZNIK
United States Magistrate Judge