

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*86 Chambers Street*
*New York, New York 10007*

May 21, 2026

<u>**Via ECF**</u>

Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

The Court **GRANTS** the request and will separately enter the  order.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 5/22/2026

    Re:    *Benjamin McDuffie v. United States of America*, 24 Civ. 5070 (JGLC) (VR)

Dear Judge Reznik:

This Office represents the United States of America (the "Government") in this action brought by plaintiff Benjamin McDuffie ("Plaintiff") under the Federal Tort Claims Act.  Pursuant to the scheduling order entered by the Court on May 18, 2026, all expert depositions in this case shall be completed by August 17, 2026.  *See* ECF No. 52.

On May 10, 2026, the Government informed the Court that Spryos Panos, the expert identified by Plaintiff, is currently incarcerated in connection with a health care fraud conviction and requested a pre-motion conference in connection with its anticipated motion to exclude Plaintiff's expert.  *See* ECF No. 57.  On May 18, 2026, this Court ruled that the Government's "request for a pre-motion conference . . . is DENIED without prejudice to renewal after expert discovery closes."  ECF No. 61.

The United States respectfully requests that the Court enter the enclosed proposed order pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) granting an Assistant United States Attorney of this Office leave to take the deposition of Spryos Panos, who is incarcerated.

I thank the Court for its consideration of this request.

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney for the
                Southern District of New York

    By:    */s/ Rachel Kroll*
                RACHEL KROLL
                Assistant United States Attorney
                86 Chambers Street, Third Floor
                New York, New York 10007
                Tel.: (212) 637-2765
                E-mail: rachel.kroll@usdoj.gov
                *Attorney for Defendant United States of America*

cc: Plaintiff's counsel (via ECF)
    Co-defendant's counsel (via ECF)