UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN MCDUFFIE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA and SEVEN CORNERS, INC.,<br><br>        Defendants. | No. 24 Civ. 5070 (JGLC) (VR)<br><br>**ORDER AUTHORIZING THE DEPOSITION OF AN INCARCERATED INDIVIDUAL** |

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant United States Attorney may take the deposition of SPYROS PANOS (Reg. No. 69361-054), either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any correctional facility, upon notice to the individual and the Superintendent of the correctional facility where he is then located.

Dated: May 22, 2026

SO ORDERED.

_____
HON. VICTORIA REZNIK
United States Magistrate Judge