USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**McDuffie,**

Plaintiffs,

-against-

**United States of America, et al.**

Defendant.

-----------------------------------------------------------------X

**<u>ORDER RE STATUS CONFERENCE</u>**

***7:24-cv-5070 JGLC- VR***

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **<u>November 4, 2026 at 11:30 am.</u>** The parties are to dial in to the **<u>Cisco Webex conference line at 855-244-8681, enter meeting ID #2310 527 2044</u>** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following**: The discovery issue raised at DE #86 and the issue raised at DE #88.**

**SO ORDERED.**

DATED: White Plains, New York
October 19, 2026

____________________________
VICTORIA REZNIK
United States Magistrate Judge